IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : REDACTED |
| v. | : Criminal Action No. 05-36 |
| ROBERT COOKE<br>GWENNETTE BOWMAN<br>KENNETH BOWMAN, | : |
| Defendants. | : |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

From mid-to-late February 2005 until on or about March 16, 2005, in the State and District of Delaware, Robert Cooke, Gwennette Bowman and Kenneth Bowman, defendants herein, did knowingly conspire to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(D) and 846.

### COUNT II

On or about March 16, 2005, in the State and District of Delaware, at 19 S. Dupont Blvd., Smyrna, Delaware, Robert Cooke, defendant herein, did knowingly possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

## COUNT III

On or about March 16, 2005, in the State and District of Delaware, at 2306 S. State St., Dover, Delaware, Robert Cooke, defendant herein, did knowingly possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

## COUNT IV

On or about March 2, 2005, in the State and District of Delaware, Robert Cooke, defendant herein, did knowingly distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

## COUNT V

On or about February 23, 2005, in the State and District of Delaware, Gwennette Bowman, defendant herein, did knowingly distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

## COUNT VI

On or about February 22, 2005, in the State and District of Delaware, Gwennette Bowman, defendant herein, did knowingly distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

## COUNT VII

On or about March 16, 2005, in the State and District of Delaware, Robert Cooke and Gwennette Bowman, defendants herein, did knowingly offer for sale, through their business, Teragwen's Leather Toys and Lace in Dover, Delaware, drug paraphernalia, including bongs, assorted pipes, smoking masks, roach clips, digital scales, and urine cleansing kits, in violation of Title 21, United States Code, Section 863.

## NOTICE OF FORFEITURE

Upon conviction of one or more of the controlled substance offenses alleged in Counts I-VIII of this Indictment, defendants Robert Cooke, Gwennette Bowman, and Kenneth Bowman shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
April M. Byrd
Assistant United States Attorney

Dated: April 14, 2005