AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
| --- | --- |
| V. | |
| Robert Cooke | Case Number: CR 05-36-1 |
| Dover, DE 19901 | |
| (Name and Address of Defendant) | REDACTED |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
| --- | --- |
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Magistrate Ctrm # 6C, 6th Floor |
| | Date and Time |
| Before: Honorable Mary Pat Thynge, U.S. Magistrate Judge | 4/21/05 at 1:00 PM |

To answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Violation Notice  ☐ Probation Violation Petition

Charging you with a violation of Title __21__ United States Code, Section(s) __841(a)(1), (b)(1)(D) and 846__

Brief description of offense:

CONSPIRACY TO DISTRIBUTE MARIJUANA

_Evette Waters_
Signature of Issuing Officer

April 15, 2005 at Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer