AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

REDACTED          DISTRICT OF          **DELAWARE**

UNITED STATES OF AMERICA
V.

Robert Cooke

**SUMMONS IN A CRIMINAL CASE**

Case Number:   CR 05-36-1

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Magistrate Ctrm # 6C, 6th Floor |
| | Date and Time |
| Before: Honorable Mary Pat Thynge, U.S. Magistrate Judge | 4/21/05 at 1:00 PM |

To answer a(n)

X  Indictment    ☐ Information    ☐ Complaint    ☐ Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title  __21__  United States Code, Section(s)  __841(a)(1), (b)(1)(D) and 846__

Brief description of offense:

CONSPIRACY TO DISTRIBUTE MARIJUANA

_Evette Waters_
Signature of Issuing Officer

April 15, 2005 at Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer