**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
|     Plaintiff, | : |
|     v. | : Cr.A.No. 05-36-1 |
| ROBERT COOKE, | : |
|     Defendant. | : |

CERTIFICATE OF SERVICE

    Undersigned counsel certifies that his Request for Brady is available for public viewing and downloading and was electronically delivered on May 19, 2005 to:

April M. Byrd, Esquire
Assistant U.S. Attorney
Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware  19899-2046

    /s/
Edward C. Gill, Esquire
Bar ID 2112
16 North Bedford Street
P.O. Box 824
Georgetown, DE  19947
302-854-5400
ed@de-law.com

Dated:  May 19, 2005