**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
|       Plaintiff, | : |
|   v. | : Cr.A.No. 05-cr-0036 |
| ROBERT COOKE, | : |
|       Defendant. | : |

**REQUEST FOR DISCOVERY**

NOW COMES the Defendant, Robert Cooke, by and through his attorney and pursuant to Criminal Rule 16 requests the Prosecution to produce the following:

1.  Any relevant written or recorded statements made by the Defendant or a co-defendant, or copies thereof, within the possession, custody or control of the Government, the existence of which is known or by the exercise of due diligence may become known, to the attorney for the Government; the substance of any oral statement which the Government intends to offer in evidence a the trial made by the Defendant whether before or after arrest in response to interrogation by any person then known to the Defendant or co-defendant to be a Government agent; and recorded tesitmony of the Defendant before a Grand Jury which relates to the offense charged.

2.  Prior criminal record of the Defendant, if any.

3.  Photographs, books, papers, documents, tangible objects, buildings or places, or copies or portions thereof,

which are within the possession, custody or control of the
Government, and which are material to the preparation of the
defense or intended for use by the Government as evidence in
the trial, or were obtained from or belonged to the Defendant.

    4.   Any results or reports of physical or mental
examinations, and of scientific test or experiments, or copies
thereof, which are within the possession, custody, or control
of the Government, the existence of which is known, or by the
exercise of due diligence may become known, to the attorney
for the Government, and which are material to the preparation
of the defense or are intended for use by the Government as
evidence at trial.

LAW OFFICE OF
EDWARD C. GILL, P.A.


_S/Edward C. Gill_____
Edward C. Gill, Esquire
Attorney for Defendant
Bar I.D. 2112
P.O. Box 824
Georgetown, DE 19947
(302) 854-5400
DATED: 5-19-05       ed@de-law.com