IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Cr.A.No. 05-36 |
| ROBERT COOKE, | : |
| Defendant. | : |

### NOTICE OF MOTION

TO: U.S. Department of Justice
    United States Attorney's Office
    District of Delaware
    Attention:  April Byrd, Esquire
    1007 Orange Street, Suite 700
    P.O. Box 2046
    Wilmington, Delaware  19899-2046

PLEASE TAKE NOTICE that the attached Motion to Sever will be presented to the Court at its earliest convenience.

                                        LAW OFFICE OF
                                        EDWARD C. GILL, P.A.

                                        __/s/_____
                                        Edward C. Gill, Esquire
                                        Attorney for Defendant
                                        Bar No. 2112
                                        P.O. Box 824
                                        Georgetown, DE 19947
                                        854-5400

DATED: June 15, 2005

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
|     Plaintiff, | : |
| v. | : Cr.A.No. 05-36 |
| ROBERT COOKE, | : |
|     Defendant. | : |

## MOTION TO SEVER

NOW COMES the Defendant, Robert Cooke, by and through his attorney, and respectfully represents:

1. That defendant Robert Cooke is charged in Counts 1 through 4 of the indictment with being involved in a conspiracy to possess and distribute marijuana.

2. That defendant is charged in Count 7 of the Indictment with operating a business which was allegedly selling drug paraphernalia.

3. That there is no relationship between the alleged drug paraphernalia business and the marijuana distribution scheme.

4. That it would cause undue confusion and prejudice to the defendant to allow the government to present evidence concerning one set of these charges in the trial of the other charge.

5. That it would unduly prejudice the defendant's right to testify in his own trial in that he may choose to testify with regards to one set of these

   incidents but may wish not to testify with regards to the other set.

 WHEREFORE, defendant respectfully moves that Count 7 of the indictment be severed from the other counts for purposes of trial.

           LAW OFFICE OF
           EDWARD C. GILL, P.A.

           _____/s/_____
           Edward C. Gill, Esquire
           Bar I.D. 2112
           Attorney for Defendant
           P.O. Box 824
           Georgetown, DE 19947
           854-5400

DATED: June 15, 2005

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
|     Plaintiff, | : |
|     v. | : Cr.A.No. 05-36 |
| ROBERT COOKE, | : |
|     Defendant. | : |

## ORDER

After having carefully considered Defendant's Motion to Sever, it is hereby ordered that Count 7 of the indictment is severed from the other counts for purposes of trial.

_____
Judge

DATED: