**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

UNITED STATES OF AMERICA,      :

      Plaintiff,       :

      v.              : Cr.A.No. 05-36-1

ROBERT COOKE,         :

      Defendant.      :

**<u>NOTICE OF MOTION</u>**

TO:  U.S. Department of Justice
     United States Attorney's Office
     District of Delaware
     Attention:  April Byrd, Esquire
     1007 Orange Street, Suite 700
     P.O. Box 2046
     Wilmington, Delaware  19899-2046


     PLEASE TAKE NOTICE that the attached Motion to Suppress

will be presented to the Court at its earliest convenience.

                           LAW OFFICE OF
                           EDWARD C. GILL, P.A.


                           __/s/_____
                           Edward C. Gill, Esquire
                           Attorney for Defendant
                           Bar No. 2112
                           P.O. Box 824
                           Georgetown, DE 19947
                           854-5400

DATED: June 15, 2005

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

UNITED STATES OF AMERICA,      :

      Plaintiff,          :

      v.                : Cr.A.No. 05-36-1

ROBERT COOKE,             :

      Defendant.

**MOTION TO SUPPRESS**

NOW COMES the Defendant, by and through his attorney, and respectfully represents:

1. That Defendant's residence was searched by government agents on March 16, 2005.

2. That said search of the residence was accomplished without probable cause to believe that seizable evidence was present at that place.

3. That the search of the home was pursuant to a warrant. Said warrant lacked probable cause.

4. That said search of the residence was accomplished in violation of the Fourth and Fourteenth Amendments to the United States Constitution and Article 1, Section 6 of the Constitution of the State of Delaware.

5. That Defendant has standing to bring this motion in that it was his home which was entered and searched.

WHEREFORE, Defendant respectfully moves that all fruits of the illegal and unconstitutional search of defendant's residence be suppressed from use as evidence by the State.

```
                                    LAW OFFICE OF
                                    EDWARD C. GILL, P.A.


                                    _/s/_____
                                    Edward C. Gill, Esquire
                                    Bar I.D. 2112
                                    Attorney for Defendant
                                    P.O. Box 824
                                    Georgetown, DE 19947
                                    854-5400
        DATED: June 15, 2005
```

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

UNITED STATES OF AMERICA,                    :

      Plaintiff,                           :

   v.                                       : Cr.A.No. 05-36-1

ROBERT COOKE,                                :

      Defendant.

### ORDER

    After having carefully considered Defendant's Motion to Suppress it is hereby ordered that all fruits of the search of defendant's residence on March 16, 2005, are suppressed from use as evidence by the government.

                                             _____

                                           Judge

DATED:

**AFFIDAVIT**

STATE OF

COUNTY OF SUSSEX

BE IT REMEMBERED that on this 13th day of June, A.D. 2005, personally appeared before me, a Notary Public for the State and County aforesaid, Robert Cooke, who being duly sworn by me did depose and say:

1.    That he is the defendant.

2.    That the information contained in the foregoing Motion to Suppress is true and correct to the best of his information, knowledge and belief.


_____/s/_____
Robert Cooke


SWORN TO and SUBSCRIBED before me the day, month and year aforesaid.


_____
Notary Public

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Cr.A.No. 05-36-1 |
| ROBERT COOKE, | : |
| Defendant. | : |

CERTIFICATE OF SERVICE

      Undersigned counsel certifies that his Motion to Suppress is available for public viewing and downloading and was electronically delivered on June 21, 2005 to:

April M. Byrd, Esquire
Assistant U.S. Attorney
Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware  19899-2046


                    /s/
                    Edward C. Gill, Esquire
                    Bar ID 2112
                    16 North Bedford Street
                    P.O. Box 824
                    Georgetown, DE  19947
                    302-854-5400
                    ed@de-law.com

Dated:  June 21, 2005