IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Cr.A.No. 05-36 |
| ROBERT COOKE, | : |
| Defendant. | : |

## NOTICE OF MOTION

TO: U.S. Department of Justice
    United States Attorney's Office
    District of Delaware
    Attention:  April Byrd, Esquire
    1007 Orange Street, Suite 700
    P.O. Box 2046
    Wilmington, Delaware  19899-2046

PLEASE TAKE NOTICE that the attached Motion for Disclosure of Confidential Informant will be presented to the Court at its earliest convenience.

                                      LAW OFFICE OF
                                      EDWARD C. GILL, P.A.

                                      __/s/_____
                                      Edward C. Gill, Esquire
                                      Attorney for Defendant
                                      Bar No. 2112
                                      P.O. Box 824
                                      Georgetown, DE 19947
                                      854-5400

DATED: June 15, 2005

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
|     Plaintiff, | : |
|     v. | : Cr.A.No. 05-36 |
| ROBERT COOKE, | : |
|     Defendant. | : |

**MOTION TO COMPEL DISCLOSURE OF CONFIDENTIAL INFORMANT**

NOW COMES the Defendant, Robert Cooke, by and through his attorney, and respectfully represents:

1. That in the above captioned case the government has used a confidential informant who was directly involved in the alleged marijuana transactions that defendant Robert Cooke was allegedly involved in.

2. That the confidential informant arranged for the transactions to be made and had his hands directly on the alleged drugs and money involved in the transactions.

3. That the conduct of the confidential informant in the case at bar constitutes entrapment.

4. That the identity of the confidential informant is needed in order to allow the defense pre trial investigation into the confidential informant and to secure the confidential informant's appearance at trial.

  WHEREFORE, defendant respectfully moves that this Court enter an order compelling the government to disclose to defendant Robert Cooke the name, address and telephone number of the confidential informant used in this case.

            LAW OFFICE OF
            EDWARD C. GILL, P.A.


            _____/s/_____
            Edward C. Gill, Esquire
            Bar I.D. 2112
            Attorney for Defendant
            P.O. Box 824
            Georgetown, DE 19947
            854-5400

DATED: June 15, 2005

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
|     Plaintiff, | : |
|     v. | : Cr.A.No. 05-36 |
| ROBERT COOKE, | : |
|     Defendant. | : |

## ORDER

After having carefully considered Defendant's Motion for Disclosure of Confidential Informant it is hereby ordered that the Government shall produce to the Defendant the name, address, and telephone number of the confidential informant used in this case within ten days of the date of this order.

_____
Judge

DATED: