IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-36-01 JJF |
| ROBERT COOKE, | : |
| Defendant. | : |

### O R D E R

WHEREAS, on June 14, 2005, Defendant's counsel filed a Motion To Suppress Evidence (D.I. 30);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. An evidentiary hearing on Defendant's Motion To Suppress Evidence (D.I. 30) will be held on **Friday, August 5, 2005, at 9:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between the date of this Order and August 5, 2005 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

July 13, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE