IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          :

      Plaintiff               :      C.A. No. 05-53 M-1

v.

ROBERT COOKE,                      :

      Defendant.

## MOTION FOR CONTINUANCE

NOW COMES defendant, Robert Cooke, by and through his attorney, Edward C. Gill, Esquire, and respectfully represents:

1. That this matter is scheduled for a hearing on a Motion to Suppress on August 5, 2005 at 9:00 a.m. before the Honorable Joseph F. Farnan, Jr.

2. That the undersigned attorney will be on vacation from July 22, 2005 through August 8, 2005 and August 22, 2005 through September 5, 2005.

3. That, therefore a continuance is requested so that counsel may be present with his client for a hearing in this matter.

WHEREFORE, defendant respectfully requests that this matter be continued for a later date in order that the undersigned may be present with his client.

                                                    /s/ Edward C. Gill
                                                    Edward C. Gill, Esquire
                                                    Attorney for Defendant
                                                    Bar No. 2112

Dated: July 18, 2005                  16 North Bedford Street
                                                    P.O. Box 824
                                                    Georgetown, DE 19947
                                                    (302) 854-5400
                                                    ed@de-law.com

IT IS SO ORDERED.

_____
JUDGE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr.A.No. 05-36-1 |
| ROBERT COOKE, | : | |
| Defendant. | : | |

CERTIFICATE OF SERVICE

    Undersigned counsel certifies that his Motion for Continuance is available for public viewing and downloading and was electronically delivered on July 18, 2005 to:

April M. Byrd, Esquire
Assistant U.S. Attorney
Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware  19899-2046


    /s/
Edward C. Gill, Esquire
Bar ID 2112
16 North Bedford Street
P.O. Box 824
Georgetown, DE  19947
302-854-5400
ed@de-law.com

Dated:  July 18, 2005