IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,           :

           Plaintiff           :           C.A. No.   05-36-01  (JJF)

v.

ROBERT COOKE,           :

         Defendant.

## MOTION FOR CONTINUANCE

NOW COMES defendant, Robert Cooke, by and through his attorney, Edward C. Gill, Esquire, and respectfully represents:

1.    That this matter is scheduled for a hearing on a Motion to Suppress on August 5, 2005 at 9:00 a.m. before the Honorable Joseph F. Farnan, Jr.

2.    That the undersigned attorney will be on vacation from July 22, 2005 through August 8, 2005 and August 22, 2005 through September 5, 2005.

3.    That, therefore a continuance is requested so that counsel may be present with his client for a hearing in this matter.

WHEREFORE, defendant respectfully requests that this matter be continued for a later date in order that the undersigned may be present with his client.

/s/ Edward C. Gill
Edward C. Gill, Esquire
Attorney for Defendant
Bar No. 2112
16 North Bedford Street
P.O. Box 824
Georgetown, DE 19947
(302) 854-5400
ed@de-law.com

Dated:  July 18, 2005

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE