IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-36-1 JJF |
| ROBERT COOKE, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, on June 14, 2005, Defendant's counsel filed a Motion To Suppress Evidence (D.I. 30);

WHEREAS, an Evidentiary Hearing was scheduled on August 5, 2005;

WHEREAS, the Court issued an Order (D.I. 35) granting Defendant's First Motion For Continuance (D.I. 34) of the hearing;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. An the Evidentiary hearing on Defendant's Motion To Suppress Evidence (D.I. 30) will be held on **Wednesday, September 14, 2005 at 10:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between the date of this Order and September 14, 2005 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

August 31, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE