IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-36-JJF |
| | : | |
| ROBERT COOKE, et. al | : | |
| | : | |
| Defendants. | : | |

## SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of April M. Byrd, Assistant U.S. Attorney, as attorney of record for the United States and enter the appearance of Ferris Wharton, Assistant United States Attorney, in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: /s/
Ferris Wharton
Assistant United States Attorney

Dated: September 9, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-36-JJF |
| | : | |
| ROBERT COOKE, et. al | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

    I, Marie Steel, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 9th day of September 2005, I caused to be electronically filed a **Substitution of Counsel And Entry of Appearance** with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify that a copy of the foregoing was hand delivered and mailed via U.S. Postal Service to counsel of record as follows:

Thomas A. Foley, Esquire  
1326 King Street  
Wilmington, DE 19801

Edward C. Gill, Esquire  
P.O. Box 824  
Georgetown, DE 19947

James E. Liguori, Esquire  
Liguori, Morris & Yiengst  
46 The Green  
Dover, DE 19901

/s/ _____  
Marie Steel  
Legal Assistant