IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,        :
                                 :
           Plaintiff,            :
                                 :
     v.                          :   Criminal Action No. 05-36-1 JJF
                                 :
ROBERT COOKE,                    :
                                 :
           Defendant.            :

## O R D E R

WHEREAS, Counsel for Defendant filed a Motion to Sever (D.I. 29);

WHEREAS, the Government has not filed a response to the motion;

NOW THEREFORE IT IS HEREBY ORDERED that the Government shall file its Response to Defendant's Motion to Sever (D.I. 29) by **September 28, 2005.**

September _13_ , 2005
        DATE

_____
UNITED STATES DISTRICT JUDGE