IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-36-01 JJF |
| ROBERT COOKE, | : |
| Defendant. | : |

### ORDER

WHEREAS, on May 13, 2005, the above named Defendant entered a plea of not guilty to the charges pending against him in this Court;

WHEREAS, no motions are pending which require the Court's attention;

IT IS HEREBY ORDERED that:

1. A conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Wednesday, March 15, 2006, at 1:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.  Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

2. The time between the date of this Order and March 15, 2006 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

February 3, 2006
DATE

_Joseph J. Farnan_
UNITED STATES DISTRICT JUDGE