IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-36-1 JJF |
| ROBERT COOKE, | : |
| Defendant. | : |

### O R D E R

WHEREAS, on March 15, 2006, the Court held a Scheduling Conference;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Trial on Counts One through Four of the Indictment against the Defendant will commence on **Wednesday, May 31, 2006 at 9:30 a.m.**, in Courtroom 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2) The parties shall submit to the Court Jointly Proposed Jury Instructions and Proposed Voir Dire Questions, along with a copy on disc in WordPerfect format, no later than **5:00 p.m. on Friday, May 26, 2006**.

3) Motions in limine shall be filed no later than **Wednesday, May 17, 2006**. Responses to said motions shall be filed no later than **Wednesday, May 24, 2006**.

4) Trial on Count Seven of the Indictment against the Defendant will commence on **Monday, June 12, 2006 at 9:30 a.m.**, in Courtroom 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

     5) The parties shall submit to the Court Jointly Proposed Jury Instructions and Proposed Voir Dire Questions, along with a copy on disc in WordPerfect format, no later than **8:45 a.m. on Monday, June 12, 2006**.

     6) The time between March 15, 2006 and June 12, 2006 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

March 21, 2006
DATE

_____
UNITED STATES DISTRICT COURT