IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-36-1 JJF |
| ROBERT COOKE, | : | |
| Defendant. | : | |

O R D E R

WHEREAS, the Court received a Memorandum Of Plea Agreement in the above-captioned case (D.I. 64);

WHEREAS, due to a scheduling conflict, the Rule 11 hearing set for **Monday, June 12, 2006, at 1:00 p.m.** is canceled;

NOW THEREFORE, IT IS ORDERED that:

1. A Rule 11 hearing will be held on **Monday, June 26, 2006, at 10:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between the date of this Order and June 26, 2006 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

June 19, 2006
DATE

UNITED STATES DISTRICT JUDGE