*Filed in open court this 26th day of October 2006.*

*DK*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-36-1-JJF |
| | ) | |
| ROBERT COOKE, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and hereby moves to dismiss Counts One, Three, and Four of the Indictment in the above-captioned case as to defendant Robert Cooke pursuant to the Memorandum of Plea Agreement executed on June 26, 2006.

Respectfully submitted,

*for* COLM F. CONNOLLY
United States Attorney

Dated: October 26, 2006

IT IS SO ORDERED this __26__ day of __October__, 2006.

_____
Honorable Joseph J. Farnan, Jr.
United States District Judge

FILED
OCT 26 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE